Wilburn Whitmill, #1896464
Allan B. Polunsky unit
3872 FM 350 South
Livingston, Texas    77351


Clerk: cathy S. Lusk
Twelfth Court of Appeals
1517 West Front Street, Suite 354
Tyler, Texas    77340



FILED IN COURT OF APPEALS
12th Court of Appeals District
APR 23 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

Monday April 20, 2015


RE:    Case Number:           12-13-000352-CR
       Trial Court Case Number:    2013-0030


Style: Wilburn Ray Whitmill
       v.
       The State of Texas


Dear Clerk:

       In reviewing my records I was noticing that I never recieved
a copy of the State's response/rebuttal to my Direct Appeal
Brief.

       The unit's mailroom records show that I was never sent
anything from the trial court in regards to their response and
I am in need of that brief, if one was filed, for my records
and any further relief sought out in regards to this above listed

       Your assistance in this matter is greatly appreciated
and I thank you for the time and effort put forth.


                            Respectfully yours,

                            Wilburn Whitmill
                            Whitmill Wilburn